UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TABITHA KANE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MADISON MARQUETTE PROFESSIONAL SERVICES, LLC, a foreign corporation; MADISON MARQUETTE PROFESSIONAL SERVICES, INC., a foreign corporation; MADISON MARQUETTE REAL ESTATE SERVICES, LLC, a foreign corporation; and MADISON MARQUETTE REAL ESTATE SERVICES, INC., a foreign corporation.,<br><br>Defendants. | No. 2:25-cv-00646-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR JOINDER OF ADDITIONAL PARTIES**<br><br>**NOTE ON MOTION CALENDAR: 11/10/25** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Deadline for Joinder of Additional Parties. Dkt. # 17. This Court having reviewed the Stipulated Motion and the Court having reviewed the pleadings and files herein, and being fully informed in the premises,

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Deadline for Joinder of Additional Parties is GRANTED.

The new deadline for joining additional parties is January 5, 2026.

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE FOR
JOINDER OF ADDITIONAL PARTIES – 1
Case No. 2:25-cv-00646-JHC

1    All other deadlines shall remain as set forth in the Minute Order Setting Trial Date
2    and Related Dates, Dkt. 14, unless modified by this Court.
3    DATED this 12th day of November, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE FOR
JOINDER OF ADDITIONAL PARTIES – 2
Case No. 2:25-cv-00646-JHC