THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TABITHA KANE, an individual,

Plaintiff,

v.

MADISON MARQUETTE PROFESSIONAL
SERVICES, LLC, a foreign corporation;
MADISON MARQUETTE PROFESSIONAL
SERVICES, INC., a foreign corporation;
MADISON MARQUETTE REAL ESTATE
SERVICES, LLC, a foreign corporation; and
MADISON MARQUETTE REAL ESTATE
SERVICES, INC., a foreign corporation.,

Defendants.

No. 2:25-cv-00646-JHC

**STIPULATION AND
[PROPOSED] ORDER OF
DISMISSAL**

**STIPULATION**

The Parties, by and through their undersigned counsels of record, stipulate that they have resolved this matter and jointly move for dismissal of all claims in this action with prejudice, with each party to bear its own attorneys' fees and other litigation expenses.

Respectfully stipulated and submitted this 7th day of May, 2026.

STIPULATION AND ORDER OF DISMISSAL – 1
Case No. 2:25-cv-00646-JHC

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

**HKM EMPLOYMENT ATTORNEYS LLP**                    **JACKSON LEWIS P.C.**

*/s/ Erin S. Norgaard*                    */s/ Jessica Cox*
Erin S. Norgaard, WSBA No. 32789          Jessica Cox, WSBA #53027
600 Stewart Street, Suite 901             520 Pike Street, Suite 2300
Seattle, WA  98101                        Seattle, WA  98101
*enorgaard@hkm.com*                       *Jessica.Cox@jacksonlewis.com*
Attorneys for Plaintiff                   Attorneys for Defendants

## ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case is dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this _____ day of May, 2026.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Erin S. Norgaard*
Erin S. Norgaard, WSBA #32789
600 Stewart Street, Suite 901
Seattle, WA 98101
*enorgaard@hkm.com*
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL – 2
Case No. 2:25-cv-00646-JHC

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

## CERTIFICATE OF SERVICE

I hereby declare that on May 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian P. Lundgren, WSBA #37232<br>Jessica Cox, WSBA #5302<br>JACKSON LEWIS P.C.<br>520 Pike Street, Suite 2300<br>Seattle, WA  98101<br>Brian.lundgren@jacksonlewis.com<br>Jessica.Cox@jacksonlewis.com<br>*Attorney for Defendants*<br><br>Leslie Boro, WSBA #56443<br>JACKSON LEWIS P.C.<br>200 SW Market Street, Suite 540<br>Portland, OR 97201<br>Leslie.boro@jacksonlewis.com<br>*Attorney for Defendants* | ☐  Via U.S. 1st Class Mail<br>☐  Via Hand Delivery<br>☐  Via Overnight Delivery<br>☐  Via Facsimile<br>☐  Via Email<br>☑   Via CM/ECF |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Angela Tracy
Angela Tracy, Paralegal

STIPULATION AND ORDER OF DISMISSAL – 3
Case No. 2:25-cv-00646-JHC

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504