UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TABITHA KANE, an individual,

Plaintiff,

v.

MADISON MARQUETTE PROFESSIONAL
SERVICES, LLC, a foreign corporation;
MADISON MARQUETTE PROFESSIONAL
SERVICES, INC., a foreign corporation;
MADISON MARQUETTE REAL ESTATE
SERVICES, LLC, a foreign corporation; and
MADISON MARQUETTE REAL ESTATE
SERVICES, INC., a foreign corporation.,

Defendants.

No. 2:25-cv-00646-JHC

**STIPULATION AND
ORDER OF DISMISSAL**

## STIPULATION

The Parties, by and through their undersigned counsels of record, stipulate that they have resolved this matter and jointly move for dismissal of all claims in this action with prejudice, with each party to bear its own attorneys' fees and other litigation expenses.

Respectfully stipulated and submitted this 7th day of May, 2026.

STIPULATION AND ORDER OF DISMISSAL – 1
Case No. 2:25-cv-00646-JHC

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Erin S. Norgaard*
Erin S. Norgaard, WSBA No. 32789
600 Stewart Street, Suite 901
Seattle, WA  98101
*enorgaard@hkm.com*
Attorneys for Plaintiff

**JACKSON LEWIS P.C.**

*/s/ Jessica Cox*
Jessica Cox, WSBA #53027
520 Pike Street, Suite 2300
Seattle, WA  98101
*Jessica.Cox@jacksonlewis.com*
Attorneys for Defendants

## ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case is dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this 7th day of May, 2026.

JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 2
Case No. 2:25-cv-00646-JHC